## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

YOANKY RONDON LLANES,

     Petitioner,

v.                                                                                    No. 1:26-cv-00743-MLG-DLM

Mary DE ANDA-YBARRA, Field Office
Acting Director of Enforcement and Removal
Operations, El Paso Field Office, Immigration
and Customs Enforcement; Interim appointed
Secretary, U.S. Department of Homeland
Security; U.S. DEPARTMENT OF
HOMELAND SECURITY; Pamela BONDI,
U.S. Attorney General; Warden of El Paso
Detention and Processing Center,

     Respondents.

### ORDER OF DISMISSAL

This matter is before the Court on Petitioner Yoanky Rondon Llanes's status report indicating that he was released from federal immigration detention on June 1, 2026. Doc. 9 at 1. Rondon Llanes acknowledges that his release renders moot his petition for writ of habeas corpus, Doc. 1. Doc. 9 at 1. Accordingly, this matter must be dismissed for lack of subject matter jurisdiction. *Eaves v. Polis*, 167 F.4th 1304, 1310 (10th Cir. 2026). This civil action shall be dismissed without prejudice. *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006) (providing that "dismissals for lack of jurisdiction should be without prejudice"). A final judgment will be entered separately.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1